# Third District Court of Appeal

## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D23-375, 3D23-376
Lower Tribunal Nos. 22-304-A-K, 22-307-A-K

_____

**Zoryana Erica Brown,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark Wilson, Judge.

Zoryana Erica Brown, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.  <u>See</u> Fla. R. App. P. 9.140(b)(2)(A)(i) ("A defendant may not appeal from a guilty or nolo contendere plea except as follows: . . . . [a] defendant who pleads guilty or nolo contendere may expressly reserve the right to appeal a prior dispositive order of the lower tribunal, identifying with particularity the point of law being reserved.").